JS 44 .(Rev. 4/97)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO)

## I.(a) PLAINTIFFS
Christine Mosquito, as Executrix of the Estate of Quinton D. Mosquito

## DEFENDANTS
PATE STEVEDORE CO., INC.;
PASCAGOULA-MOSS POINT STEVEDORES, ILA PENSION PLAN

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** (EXCEPT IN U.S. PLAINTIFF CASES)
Mobile

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Michael S. McNair
2151 Government Street, Mobile, AL 36606
251-450-0111

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "✗" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "✗" IN ONE BOX FOR PLAINTIFF
(For diversity cases only)   AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "✗" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "✗" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | ☐ 640 RR & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth In Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motion to Vacate Sentence Habeas Corpus: | ☒ 791 Empl.Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | | ☐ 870 Taxes (US Plaintiff or Defendant) | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing | ☐ 535 Death Penalty | | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | ☒ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | |
| ☐ 290 All Other Real Property | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)   ERISA

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $

☐ CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY

2-26-2009
DATE

SIGNATURE OF ATTORNEY OF RECORD

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE MOSQUITO, as Executrix of the Estate of QUINTON D. MOSQUITO,<br><br>Plaintiff,<br><br>Vs.<br><br>PATE STEVEDORE CO., INC.;<br>PASCAGOULA-MOSS POINT<br>STEVEDORES, ILA PENSION PLAN;<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case Number CV-2009-_____<br>)<br>)<br>)<br>) |

## COMPLAINT

### Jurisdiction

This action is brought pursuant to 29 USC Sections 1132(a)(1)(B), (a)(3)(e)(1); [ERISA Sections 502(a)(1)(B), (a)(3) and (e)(1)]. Jurisdiction is founded on 28 USC Sections 1331 and 1343(1)(2)(3)(4) and the aforementioned statutory and constitutional provisions..

This cause of action for injunctive or other equitable relief to address violations of the Employment Retirement Income Security Act, hereinafter referred to as "ERISA", and a claim for benefits under an ERISA plan, pursuant to 29 USC Sections 1132(a)(1)(B).

### Facts

1. The Plaintiff is the Estate of Quinton D. Mosquito, which is being probated in Mobile County, Alabama.

2. Upon information and belief, the Defendant, Pate Stevedore Co., Inc., is and at all times pertinent hereto, a corporation or other legal entity doing business in the State of Alabama and Mississippi.

3. Upon information and belief, the Defendant, Pascagoula-Moss Point Stevedores, ILA Pension Plan, is, and at all times pertinent hereto, a corporation or other legal entity doing business in the State of Alabama and Mississippi.

4. Quinton Mosquito received payments under the Pension Plan he had with the Defendants, which is administered under ERISA.

5. Quinton Mosquito began receiving benefits from the Defendants in approximately 1986.

6. Around November 16, 1995, Quinton Mosquito disappeared and the last payment received under the Plan was for January 1996. The Defendants have not made any payments since the January 1996 payment.

7. The Probate Court of Mobile County issued an order dated November 10, 2004, wherein Quinton Mosquito was declared dead on October 28, 2003.

8. After several requests, the Defendants have failed and/or refused to make any payments to which Quinton Mosquito is entitle to under the Plan.

9. The Plaintiff has exhausted all of her administrative remedies.

WHEREFORE, the Plaintiff respectfully requests judgment against the Defendants, Pate Stevedore Co., Inc. and Pascagoula-Moss Point Stevedores, ILA Pension Plan, for any and all benefits to which the Plaintiff is entitled to under the Plan, plus attorney's fees, interest, costs, and such further relief to which the Plaintiff may be entitled, the premises considered.

*Christine Mosquito*
Christine Mosquito, as Executrix of the Estate of Quinton D. Mosquito, Plaintiff

STATE OF ALABAMA   )
COUNTY OF MOBILE   )

I, the undersigned Notary Public in and for said State and County, hereby certify that, CHRISTINE MOSQUITO, as Executrix of the Estate of Quinton D. Mosquito, whose name is signed to the foregoing Complaint, and who is known to me, acknowledged before me on this day that being informed of the contents of said Complaint, she executed the same voluntarily on the day the same bears date.

Given under my hand and notarial seal on this the 30 day of January, 2009.

My Commission Expires: 1/11/10

_____
Notary Public

_____
Michael S. McNair (MCNAM5298)
Attorney for Plaintiff

M. S. McNair, Attorney at Law, P.C.
2151 Government Street
Mobile, Alabama 36606
(251) 450-0111
(251) 450-0822 fax


**Defendants to be served via certified mail as follows:**

Pate Stevedore Co., Inc.
P.O. Box 12781
Pensacola, FL 32591

Pascagoula-Moss Point Stevedores, ILA Pension Plan
4619 Main Street, Suite A
Moss Point, MS 39563

3