AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of ALABAMA

Christine Mosquito et al.

V.

Pate Stevedore Co., Inc. et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV-09-103-CG-M

TO: (Name and address of Defendant)

Pascagoula-Moss Point Stevedores, ILA Pension Plans
4619 Main Street, Suite A
Moss Point, MS 39563

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael S. McNair
2151 Government Street
Mobile, AL 36606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**CHARLES R. DIARD, JR.**          March 03, 2009
CLERK                                          DATE

*Mary Ann Boyles*
(By) DEPUTY CLERK

✎AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ ALABAMA

Christine Mosquito et al.

V.

Pate Stevedore Co., Inc. et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV-09-103-CG-M

TO: (Name and address of Defendant)

Pate Stevedore Co., Inc.
P. O. Box 12781
Pensacola, FL 32591

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael S. McNair
2151 Government Street
Mobile, AL 36606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**CHARLES R. DIARD, JR.** _____   _____March 03, 2009_____
CLERK                                              DATE

*Mary Ann Boyles*
(By) DEPUTY CLERK