AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____ALABAMA_____

Christine Mosquito et al.

V.

Pate Stevedore Co., Inc. et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV-09-103-CG-M

TO: (Name and address of Defendant)

Pascagoula-Moss Point Stevedores, ILA Pension Plans
4619 Main Street, Suite A
Moss Point, MS 39563

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael S. McNair
2151 Government Street
Mobile, AL 36606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**CHARLES R. DIARD, JR.**                                    March 03, 2009
CLERK                                                         DATE

*Mary Ann Boyles*
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3-9-2009 |
| NAME OF SERVER (PRINT) Michael S. McNair | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By Certified Mail

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-12-09
            Date            Signature of Server

2151 Government St. Mobile, AL 36606
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ 1.00 | |
| Certified Fee | 2.70 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.20 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.90 | |

Sent To: Pascagoula-Moss Point Stevedores ILA Pension Plan
Street, Apt. No.; or PO Box No. 4619 Main St. Ste A
City, State, ZIP+4 Moss Point, MS 39563

7007 1490 0003 1142 3251

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pascagoula-Moss Point
Stevedores -ILA Pension Plan
4619 Main St., Suite A
Moss Point, MS 39563

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Teresa Duckworth  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Teresa Duckworth
C. Date of Delivery: 3-9-2009
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0003 1142 3251

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540