## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE MOSQUITO, as Executrix of the Estate of QUINTON D. MOSQUITO, | ) ) ) |
| Plaintiff, | ) ) |
| Vs. | ) Case Number CV-2009-103 ) |
| PATE STEVEDORE CO., INC.; PASCAGOULA-MOSS POINT STEVEDORES, ILA PENSION PLAN; | ) ) ) ) |
| Defendant. | ) ) |

### JOINT MOTION TO TRANSFER

COME NOW the Plaintiff and the Defendant Pascagoula-Moss Point Stevedores, ILA Pension Plan, by and through counsel, and file this Joint Motion to Transfer, and in support thereof, would show as follows:

1.   Based upon discussions between counsel for the parties, the parties have come to an agreement that this court lacks personal jurisdiction over Pascagoula-Moss Point Stevedores, ILA Pension Plan, and this claim should be transferred to the United States District Court for the Southern District of Mississippi.

WHEREFORE, the Plaintiff and the Defendant Pascagoula-Moss Point Stevedores, ILA Pension Plan pray this Honorable Court transfer this case to the United States District Court for the Southern District of Mississippi.

| | |
|---|---|
| s/ Jason C. Johnston | s/ Vincent J. Castigliola, Jr. (with permission) |
| Michael S. McNair (MCNAM5298) | Vincent J. Castigliola, Jr. (CASTV2245) |
| Jason C. Johnston (JOHNJ8702) | H. Benjamin Mullen |
| Attorneys for Plaintiff | Attorneys for Pascagoula-Moss Point |
| M. S. McNair, Attorney at Law, P.C. | Stevedores, ILA Pension Plan |
| 2151 Government Street | Bryan, Nelson, Schroeder, Castigliola & |
| Mobile, AL 36606 | Banahan, PLLC |
| (251) 450-0111      msm@mcnair.com | P.O. Drawer 1529 |
| (251) 450-0822 fax  jcj@mcnair.com | Pascagoula, MS 39568 |
| | (228) 762-6631      vc@bnscb.com |
| | (228) 769-6392 fax  ben@bnscb.com |