# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE MOSQUITO, as Executrix of the Estate of Quinton D. Mosquito, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 09-0103-CG-M |
| PATE STEVEDORE CO., INC.; ) PASCAGOULA-MOSS POINT ) STEVEDORES, ILA PENSION PLAN;, ) ) | |
| Defendants. ) | |

## ORDER

This matter is before court on the Joint Motion to Transfer (Doc. 14), in which the parties advise that they agree that this court lacks personal jurisdiction over Pascagoula-Moss Point Stevedores, ILA Pension Plan, and request that this action be transferred to the Southern District of Mississippi.

Upon due consideration, the motion is hereby **GRANTED**, and it is **ORDERED** that this action be and is hereby **TRANSFERRED** to the United States District Court for the Southern District of Mississippi.

**DONE and ORDERED** this 23rd day of April, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE