## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTINE MOSQUITO, as Executrix of the Estate of QUINTON D. MOSQUITO,** | ) ) ) |
| **Plaintiff,** | ) ) |
| Vs. | ) **Case Number CV-09-277-HSO-JMR** ) |
| **PATE STEVEDORE CO., INC.;** **PASCAGOULA-MOSS POINT** **STEVEDORES, ILA PENSION PLAN;** | ) ) ) ) |
| **Defendant.** | ) |

## MOTION TO ALLOW AMENDED COMPLAINT

COME NOW the Plaintiff and moves this Court to allow Plaintiff's Amended Complaint attached hereto and would show unto this Honorable Court as follows:

1. Plaintiff would like to add an alternative theory that Quinton D. Mosquito is still alive and add an equitable count of unjust enrichment to the Complaint.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant the Motion to Amend Complaint.

                                                    s/ Jason C. Johnston
                                                  Jason C. Johnston
                                                  Attorney for Plaintiff

M. S. McNair, Attorney at Law, P.C.
2151 Government Street
Mobile, Alabama 36606
(251) 450-0111
(251)450-0822 fax

**CERTIFICATE OF SERVICE**

     I hereby certify that on this the 26th day of August 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Vincent J. Castigliola, Jr.
H. Benjamin Mullen
Bryan, Nelson, Schroeder,
     Castigliola & Banahan, PLLC
P.O. Drawer 1529
Pascagoula, MS 39568

                                                                       s/ Jason C. Johnston
                                                                       Jason C. Johnston